FILED

09 SEP -1 PM 9:50

[Clerk, U.S. District Court
Northern District of California]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80196 MISC    VRW

Anthony Roy Montegna - #135173

_____/

**ORDER TO SHOW CAUSE**

It appearing that Anthony Roy Montegna has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Anthony Roy Montegna
Attorney at Law
815 3rd Avenue #101
Chula Vista, CA 91910